UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE L. BURGESS,<br><br>  Plaintiff,<br><br> v.<br><br>G. JUDE SHADDAY,<br><br>  Defendant. | No.  2:15-cv-1582 CKD P<br><br><br>ORDER |

On February 8, 2016 defendant Shadday filed a motion to dismiss this action, arguing that plaintiff's claims are time-barred, among other arguments.  Plaintiff has not opposed the motion. Good cause appearing, IT IS HEREBY ORDERED that within thirty days of the date of this order, plaintiff shall file an opposition to the motion to dismiss or a statement of non-opposition. Failure to comply with this order will result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

Dated:  March 15, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / burg1582.46osc