UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE L. BURGESS, | No. 2:15-cv-1582 CKD P |
| Plaintiff, | |
| v. | ORDER |
| G. JUDE SHADDAY, | |
| Defendant. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On February 8, 2016, defendant filed a motion to dismiss this action as time-barred, among other arguments. On April 19, 2016, plaintiff filed a statement of non-opposition to the motion, conceding that his claims are time-barred. See L.R. 230(l). As plaintiff has essentially consented to dismissal of this action, as well as the jurisdiction of a magistrate judge to conduct all proceedings in this case (ECF No. 4), the undersigned will grant defendant's motion.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion to dismiss (ECF No. 13) is granted; and

2. The Clerk of Court shall close this case.

Dated: April 25, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / burg1582.59